# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 119 WM 2018

           Respondent         :

           v.                 :

LONNIE DUSTIN HAGGERTY,       :

           Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 11th day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Appointment of Counsel are DENIED.